JONES DAY
Nicholas J. Rawls, Bar No. 349996
nrawls@jonesday.com
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

(caption continued on next page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BOHAN,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC,<br><br>Defendants. | Case No. 3:25-cv-01571-DMS-BLM<br><br>Hon. District Judge Dana M. Sabraw<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF BRIAN BOHAN'S COMPLAINT**<br><br>Complaint filed: June 16, 2025<br>Hearing: October 24, 2025, at 1:30 |

NOKES & QUINN
Thomas P. Quinn, Jr., Bar No. 132268
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER P.C.
Jason S. Roberts, Bar No. 221978
jason.roberts@qslwm.com
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 613
Fax: (317) 899-9348

Attorney for Defendant
TRANS UNION LLC

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax"), and Trans Union LLC ("Trans Union") (together, the "CRA Defendants") hereby move to dismiss Plaintiff Brian Bohan's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Complaint fails to state a claim on which relief may be granted. The motion is set for hearing on Friday October 24, 2025, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 13A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101.

The CRA Defendants' Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, and such further argument and evidence as may be presented at the hearing of the motion.

This Motion is made following a conference of counsel that took place via Microsoft Teams on August 12, 2025, and a telephonic 12(b) Conference with the Court pursuant to Civil Pretrial & Trial Procedures of Judge Dana M. Sabraw § 6(A) that took place on September 17, 2025.

Dated: September 24, 2025

JONES DAY

By: */s/ Nicholas J. Rawls*
Nicholas J. Rawls

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Date : September 24, 2025

QUILLING SELANDER LOWNDS WINSLETT & MOSER PC

By: */s/ Jason Roberts*
Jason Roberts

Attorney for Defendant TRANS UNION LLC

Date : September 24, 2025

NOKES AND QUINN

By: */s/ Thomas P. Quinn, Jr.*
Thomas P. Quinn Jr

Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC